**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:23-cv-09406-CBM (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 37.) The Court has also reviewed the Plaintiff's Objections to the Report and Recommendation, filed on June 9, 2025 and June 16, 2025 ("Objections"). (ECF Nos. 39, 40, 41.)

As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Plaintiff specifically has objected. The Objections lack merit for the reasons stated in the Report and Recommendation. The Court finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs with and accepts

///

///

1 the findings, conclusions, and recommendations of the United States Magistrate
2 Judge, and overrules the Objections.
3      **IT THEREFORE IS ORDERED** that:
4   (1)  The Report and Recommendation of United States Magistrate Judge is
5      **ACCEPTED**;
6   (2)  The following claims are **DISMISSED with prejudice and without**
7      **leave to amend**:
8      a.  All official capacity claims against all Defendants;
9      b.  All individual capacity claims against all Defendants except
10        Barrios, Procter, Doe 1, and Doe 2; and
11      c.  All individual capacity claims against Defendants Barrios, Procter,
12        Doe 1, and Doe 2 except the Fourteenth Amendment Due Process
13        excessive force claim and the California law assault and battery
14        claim, which shall **PROCEED** against these Defendants.
15
16
17 DATED: July 15, 2025
                                  HONORABLE CONSUELO B. MARSHALL
18                                   UNITED STATES DISTRICT JUDGE